Royal H. Myers, appellee, v. Fort Dearborn Casualty Underwriters, appellant. Gen. No. 27,891.

Action on an insurance policy covering theft of an automobile. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. F. S. Righeimer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed January 2, 1923. Rehearing denied January 15, 1923.

Hollywood & Tate and LeForgee, Schroeder & Tate, for appellant; Murphy O. Tate, of counsel. Cruice, Langille & Harrington, for appellee; Joseph T. Harrington, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

William J. Lloyd and Alice Lloyd, appellees, v. Frederick G. Michaelis and Jennie M. Michaelis, appellants. Gen. No. 27,906.

Action of forcible detainer. Judgment for plaintiffs for possession. Appeal from the Municipal Court of Chicago; the Hon. Eugene M. Peavler, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed January 2, 1923.

Cantwell & Cantwell, for appellants; Martin W. Grosse, of counsel. F. C. Ellis and Jesse Wilcox, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

P. O. Fish and A. W. Schulkamp, trading as Fish & Schulkamp, appellants, v. C. C. Clark, appellee. Gen. No. 27,915.

Judgment against plaintiffs in a suit in which defendant appeared specially and pleaded to the jurisdiction on the ground that he was served with process while in the state to attend a trial. Appeal from the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded. Opinion filed January 2, 1923. Rehearing denied January 15, 1923.

Musgrave, Oppenheim, McKeever & Lippincott, for appellants. McGoorty, Silber, Isaacs & Woley, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Rose Spiegel, plaintiff in error, v. Simons, Day & Company et al., defendants in error. Gen. No. 27,924.

Suit to restrain brokers from disposing of and to compel redelivery of collateral deposited with them to cover margin stock transactions with a supplemental bill against parties to whom some of the securities had been transferred. Bill dismissed for want of equity. Error to the Circuit Court of Cook county; the Hon. G. Fred Rush, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed January 2, 1923.

L. A. Gilmore, for plaintiff in error. Morris M. Townley and Defrees, Buckingham & Eaton, for defendants in error; Robbins, Townley & Wild and Oscar J. Doswin, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.